UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POSTAL POLICE OFFICERS ASSOCIATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE, *et al*.,<br><br>    *Defendants*. | Civil Action No. 20-2566 (CRC) |

## NOTICE

Defendants submit this Notice to inform the Court that, despite repeated attempts, undersigned counsel has been unable to successfully upload due to technical issues the exhibits meant to be attached to Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order and/or a Preliminary Injunction (ECF No. 10) and to Defendants' Motion to Dismiss (ECF No. 11). Undersigned counsel apologizes for the inconvenience, and will arrange for the exhibits to be reformatted and filed via ECF the next business day.

Dated: October 1, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: */s/ Katherine B. Palmer-Ball*
KATHERINE B. PALMER-BALL, D.C. Bar #1014003
Assistant United States Attorney
555 Fourth Street, N.W., Washington, D.C. 20530
Phone: (202) 252-2537
katherine.palmer-ball@usdoj.gov

*Counsel for Defendants*